# EX. A

From: Salvatore Rincione <sal@iwantcrave.com>
Sent: Monday, September 7, 2020 8:46 AM
To: Darrellolds14@hotmail.com <Darrellolds14@hotmail.com>
Subject: Crave Hot Dogs and BBQ Franchise

Good Morning Darrell and Happy Labor Day!

Thank You for requesting more information about Franchising with Crave Hot Dogs and BBQ.

Attached is the current version of CRAVE's Franchise Disclosure Document (FDD). The FDD, in addition to being required by law, is an educational tool for you to learn more about our company, our system and the process of becoming a franchisee. Please sign and date the FDD/NDA receipt and email it back to me at your earliest convenience. I have also attached a brochure about the brand which also includes our Food Truck Program.

I would love to discuss why Crave Hot Dogs and BBQ is an amazing low-cost opportunity for you to take control of your future, answer your questions and explain what is required to become a Crave Franchisee in your area.

Just let me know what day and time works for you and I will add you to my calendar.

All the best

Salvatore Rincione
Founder / President / Chief Development Officer
CRAVE Franchising LLC
**A Veteran Owned Franchise**



302-561-0573
www.iwantcrave.com

*This e-mail, attachments included, is confidential. It is intended solely for the addressees. If you are not an intended recipient, any use, copy or diffusion, even partial of this message is prohibited. Please delete it and notify the sender immediately. Since the integrity of this message cannot be guaranteed on the Internet, CRAVE Franchising LLC. cannot therefore be considered liable for its content.*