# EX. C

### CRAVE HOT DOGS AND BBQ ESTIMATED DEVELOPMENT COSTS BDD GROUP LLC.

| | | |
|---|---|---|
| GENERAL CONTRACTOR | $250,000.00 | ESTIMATED |
| LEASE DEPOSIT | $8,000.00 | ESTIMATED |
| EQUIPMENT AND FURNITURE | $95,000.00 | ESTIMATED |
| SMALL-WARES | $7,500.00 | ESTIMATED |
| DIGITAL MENU BOARDS AND MUSIC | $8,500.00 | ESTIMATED |
| EXTERIOR SIGNAGE | $16,000.00 | ESTIMATED |
| MARKETING MATERIALS | $5,000.00 | ESTIMATED |
| POUR MY BEER SELF-SERVE TECHNOLOGY | $25,945.00 | FOR AN 18 TAP SYSTEM |
| BEER SYSTEM EQUIPMENT | $22,122.64 | FOR AN 18 TAP SYSTEM |
| POINT OF SALE SYSTEM | $3,596.00 | ACTUAL |
| ARCHITECT | $12,500.00 | STANDARD NATIONAL |
| PERMITS AND LICENSES | $3,000.00 | ESTIMATED |
| INITIAL FOOD AND BEER INVENTORY | $12,500.00 | ESTIMATED |
| FRANCHISE FEE | $40,000.00 | ACTUAL |
| WORKING CAPITAL | $40,000.00 | ESTIMATED |
| **TOTAL DEVELOPMENT AMOUNT** | **$549,663.64** | |
| TENANT IMPROVEMENT ALLOWANCE | $0.00 | TBD AS PER THE LEASE |
| FRANCHISE FEE | $40,000.00 | PAID |
| **TOTAL LOAN REQUEST (LESS T/I)** | **$509,663.64** | |

*THESE ITEMS ARE ESTIMATES AND SUBJECT TO EITHER INCREASE OR DECREASE*