# EX. J

| STATE OF MICHIGAN | DEMAND FOR POSSESSION<br>NONPAYMENT OF RENT<br>Landlord-Tenant | |
|---|---|---|

**To:**
BDD Group LLC and all occupants
5800 North Sheldon Rd.
Canton, MI 48187
Copy also sent to: CRAVE Franchising, LLC
10 Scholar Place, East Setauket, NY 11733

**Notice to mobile home owners who rent land in a mobile home park:**
If you have been late on payments on three or more occasions during any 12-month period and the park owner has given you a written demand for possession for nonpayment of rent on each occasion, the park owner may have just cause to evict you.

1. Your landlord/landlady, __HSQ, LLC__ (Name (type or print)), says that you owe $ __26,306.21__ rent:

   Address or description of premises rented (if different from mailing address)
   5800 North Sheldon Rd.
   Canton, MI 48187

2. If you owe this rent, you must do one of the following within ☑ 7 days ☐ _____ days from the date this notice was served.
   a. Pay the rent owed.    or    b. Move out or vacate the premises.
   If you do not do one of the above, your landlord/landlady may take you to court to evict you. If you move out or vacate, you may still owe rent.

3. If your landlord/landlady takes you to court to evict you and if you have paid the rent, or if you believe there is a good reason why you do not owe the rent, you will have the opportunity to present the reasons why you believe you should not be evicted.

4. If you believe there is a good reason why you do not owe the rent claimed by your landlord/landlady, you can have a lawyer advise you. Call him or her soon.

December 27, 2023
Date

/s/ Kevin M. Taylor, Attorney
Signature of owner of premises or agent

Aidenbaum Schloff and Bloom PLLC
Address

6960 Orchard Lk. Rd., Ste. 250, W.B., MI 48322    (248) 865-6500
City, state, zip                                    Telephone no.

## HOW TO GET LEGAL HELP

1. Call your own lawyer.

2. If you do not have an attorney but have money to retain one, you may locate an attorney through the State Bar of Michigan Lawyer Referral Service at 1-800-968-0738 or through a local lawyer referral service. Lawyer referral services should be listed in the yellow pages of your telephone directory or you can find a local lawyer referral service at www.michbar.org.

3. If you do not have an attorney and cannot pay for legal help, you may qualify for assistance through a local legal aid office. Legal aid offices should be listed in the yellow pages of your telephone directory or you can find a local legal aid office at www.michiganlegalhelp.org. If you do not have internet access at home, you can access the internet at your local library.

Approved, SCAO
Form DC 100a, Rev. 5/22
MCL 600.5714(1)(a), MCL 600.5716, MCL 600.5718, MCL 600.5775(2)(f)    Tenant's copy
Page 1 of 1