# EX. L



**Crave Hot Dogs And BBQ Canton <cravehotdogsandbbqcanton@gmail.com>**

## Franchisee Memo- A Message from Samantha.
1 message

**Jake Moran** <jake@iwantcrave.com>　　　　　　　　　　　　　　　　　　　　Tue, Oct 24, 2023 at 11:39 AM
To: Samantha Rincione <samantha@iwantcrave.com>, Mona Jones <mona@iwantcrave.com>, Nick Stone <Nick@iwantcrave.com>, Starla Queen <Starla@iwantcrave.com>, Amanda Katz <amanda@iwantcrave.com>

Good morning,

Please see the below message from Samatha Rincione, CEO.

All,

I wanted to make you aware of a situation with the Pflugerville location. Christopher Lewis, as some of you know, was the operator of this location subleasing from Carl Moore a former franchisee. While the store was profitable, we were alerted by the landlord no rent payments had been made in over a year. We were assured by Christopher he was indeed paying the rent and he would get clarification from the landlord. Further investigation showed he also neglected to pay Carl Moore who funded the location, state and local taxes, and various other venders for over a year's time. By Texas law the landlord has recaptured the space with no ill will towards the Crave brand.

Upon hearing this, Crave was contacted by Cynthia Campbell. Cynthia was leasing a food truck to Christopher after an unfortunate situation where her husband unexpectedly passed away. She had built the truck as her retirement, but without her husband by her died could not bear it. She leased the brand-new truck to Christopher. She informed me that Christopher had been leasing her truck for over 16 months and never made a payment, so she decided to remove the truck from his possession.

It is unfortunate that Christophers actions have led to the above, as Crave was thriving in the Pflugerville market.

If you are contacted by Christopher, we ask and recommend you don't communicate with him. It is likely that he will have negative comments and perhaps untruthful statements. I am personally happy to discuss the situation if you'd like to contact me directly. As always, we are always here to support and help our franchisees and protect the brand that we are all a part of.

Thank You,

Samantha



**Jake Moran**
**Director of Operations, Logistics**
**& Franchisee Relations**
**Crave Franchising LLC.**
**631-521-0046**
**www.iwantcrave.com**