UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BDD Group, LLC,

          Plaintiff,  Case No. 24-cv-10035

v.  Judith E. Levy
United States District Judge

Crave Franchising, LLC, *et al.*,

Mag. Judge Elizabeth A. Stafford

          Defendants.

_____/

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT CRAVE FRANCHISING, LLC'S MOTION TO DISMISS AND COMPEL ARBITRATION [13]

Before the Court is Defendant Crave Franchising, LLC's motion to dismiss and compel arbitration. (ECF No. 13.) On May 9, 2024, the Court held a hearing and heard oral argument on Defendant's motion. For the reasons set forth on the record, Defendant's motion to compel arbitration is GRANTED, and Defendant's motion to dismiss is DENIED. The case is STAYED as to Crave Franchising, LLC.

    IT IS SO ORDERED.

Dated: May 10, 2024      s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
                                         United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 10, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
